UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SOUTH RIVER WATERSHED ALLIANCE, INC. AND JACQUELINE ECHOLS, | |
| Plaintiffs, | CIVIL ACTION FILE |
| vs. | NO. 1:19-cv-04299-SDG |
| DEKALB COUNTY, GEORGIA, | |
| Defendant. | |

## J U D G M E N T

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 1st day of September, 2020.

JAMES N. HATTEN
CLERK OF COURT

By:   s/Barbara D. Boyle
         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 1, 2020
James N. Hatten
Clerk of Court

By:  B. D. Boyle
         Deputy Clerk